MELISSA NYMAN (CA 293207)
3009 Douglas Boulevard, Ste. 200
Roseville, CA 95661
(877) 529-4773
Fax: (916) 218-4341
Email: Melissa.Nyman@NymanTurkish.com
*Attorney for Plaintiff*

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: (415) 977-8944
    Fax: (415) 744-0134
    Email: Marcelo.Illarmo@ssa.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO WEST**, | No: 2:18−cv−02752−DB |
| Plaintiff, | **STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

      Plaintiff, Ricardo West, by and through his undersigned attorney, Melissa Nyman and

Defendant, Andrew Saul, Commissioner of Social Security, by and through his undersigned

STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCES TO
JUSTICE ACT                                   - 1 -
CASE NO. 18-02752

attorney, Marcelo Illarmo, jointly stipulate and petition this Court to enter an order awarding attorney fees in the total amount of Five Thousand Three Hundred and No Cents ($5,300.00) in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act ("EAJA"), 28 U.S.C § 2412. The award of attorney fees will satisfy all of Plaintiff's claims under 28 U.S.C. § 2412 in this case.

This matter was filed *In Forma Pauperis*, and thus no filling fee was required.

Any fees paid belong to Plaintiff, and not to his attorney, and may be offset to satisfy any pre-existing debt that Plaintiff owes the United States under *Astrue v. Ratliff,* 560 U.S. 586 (2010).  After the Court enters this award, if counsel for the Defendant can verify that Plaintiff owes no pre-existing debt subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Wherefore, Plaintiff and Defendant move the Court to accept this stipulation and enter an order awarding Plaintiff EAJA reasonable attorney fees in the amount of Five Thousand Three Hundred and No Cents ($5,300.00)

Dated:   April 30, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Melissa Nyman
MELISSA NYMAN
3009 Douglas Boulevard, Ste. 200
Roseville, CA  95661
Phone:  (877) 529-4773
Fax: (916) 218-4341
E-mail:  Melissa.Nyman@NymanTurkish.com

/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Phone: (415) 977-8944
Fax: (415) 744-0134

Email: Marcelo.Illarmo@ssa.gov
[*As authorized by email on April 30, 2020]

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: May 1, 2020         /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR AN AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCES TO JUSTICE ACT      - 3 -
CASE NO. 18-02752